NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AJITKUMAR PATEL and
NILAKUMARI PATEL,                    )
                                     )
                                     )
        Appellants,                  )
                                     )
v.                                   )        Case No. 2D17-4695
                                     )
WELLS FARGO BANK, NATIONAL           )
ASSOCIATION, as trustee for the      )
certificate holders of Structured Asset )
Mortgage Investments II Inc., Bear   )
Stearns Mortgage Funding Trust       )
2007-AR1 Mortgage Pass-Through       )
Certificates, 2007-AR1,              )
                                     )
        Appellee.                    )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto, Judge.

Eric O. Husby, Tampa, for Appellants.

Sarah T. Weitz of Weitz & Schwartz, P.A.,
Fort Lauderdale, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.